UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

RONALD E. DUMAS,

    Petitioner,

v.     CAUSE NO.: 3:18-CV-895-PPS-MGG

WARDEN,

    Respondent.

OPINION AND ORDER

Ronald E. Dumas, a prisoner without a lawyer, filed a habeas corpus petition challenging the prison disciplinary hearing (ISP 18-08-263) where a Disciplinary Hearing Officer (DHO) at the Indiana State Prison found him guilty of possession or use of a controlled substance in violation of Indiana Department of Correction policy B-202 on August 28, 2018. ECF 1 at 1. However, he did not lose any earned credit time nor was he demoted in credit class as a result of this disciplinary hearing. ECF 1 at 1, 1-1 at 9-10. A prison disciplinary hearing can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Because this disciplinary hearing did not lengthen the duration of Dumas's confinement, habeas corpus relief is not available in this case.

For these reasons, the petition (ECF 1) is DENIED pursuant to Section 2254 Habeas Corpus Rule 4. The clerk is DIRECTED to close the case.

SO ORDERED on November 26, 2018.

                                                /s/ Philip P. Simon
                                               PHILIP P. SIMON, JUDGE
                                               UNITED STATES DISTRICT COURT